UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ZABE JENKINS, | ) | CASE NO. 1:21-cv-1255 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| KURT DAHLBY, *et al.*, | ) | |
| | ) | **OPINION AND ORDER ADOPTING** |
| Defendants. | ) | **MAGISTRATE'S REPORT AND** |
| | ) | **RECOMMENDATION** |

On August 1, 2024, Plaintiff Zabe Jenkins, proceeding *pro* se, filed a Motion for Emergency Temporary Injunctions, which the Court construes as a motion for a temporary restraining order (the "Motion").  (ECF No. 22).  Plaintiff is currently incarcerated and seeks an order from the Court that: (i) he not be transferred from the Franklin Medical Center ("FMC") to the Mansfield Correctional Institution; and (ii) Defendants not withhold his property, including his legal property.  (*Id.* at PageID #168).

On August 15, 2024, Magistrate Judge Armstrong issued a Report and Recommendation ("R&R") recommending that the Court deny the Motion.  (ECF No. 24).  Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Magistrate Judge's R&R within 14 days after service.  The R&R also gave the parties notice of the 14-day time limit for filing objections.  (*Id.* at PageID #189–90).  The Court has given Petitioner 32 days to object to the R&R.  As of the date of this Order, no objections have been filed.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  Absent objection, a district court may adopt a R&R without further review.  *See Peretz*

1

*v. United States*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141–42 (1985).  There being no objections, the Court **ADOPTS** Magistrate Judge Armstrong's R&R, incorporates it fully herein by reference, and **DENIES** the Motion.

  **IT IS SO ORDERED.**

Date: September 16, 2024

                _____
                **CHARLES E. FLEMING**
                **UNITED STATES DISTRICT JUDGE**